character. There was no objection as to the competency of the witnesses whose testimony was offered to prove these essential facts, but merely a general objection. They had been employed on buildings of the same character as the one in which this accident happened from 15 to 25 years, and were familiar with the various materials used and the purposes for which they were used by the several contractors. There was sufficient evidence to show that the bolt received in evidence was the identical bolt which struck the plaintiff, and expert testimony was admissible to enable plaintiff to show the purpose for which and the contractors by whom bolts of a similar kind were used. Jenks v. Thompson, 179 N. Y. 20, 71 N. E. 266; Wells v. Interborough, 124 App. Div. 631, 109 N. Y. Supp. 231. The judgment should be reversed, and a new trial ordered, with costs to appellant to abide the event.

---

MITTELMAN, Respondent, v. BERKOWITZ, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Action by Anna Mittelman against Pauline Berkowitz, impleaded with others. B. L. Finkelstein, for appellant. L. Oppenheimer, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

MONAHAN, Respondent, v. SULLIVAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by William H. Monahan against Iduella L. Sullivan, as administratrix, etc. No opinion. Judgment modified, by providing that the costs of the trial be paid out of the estate, and, as so modified, affirmed, without costs.

---

MOORE, Respondent, v. FOWLER, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Myra D. Moore against Russell S. Fowler. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

---

MOREAU v. BANNARD et al. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Action by Lewis Moreau against Otto T. Bannard and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 125 N. Y. Supp. 1132.

---

MORRISON et al., Respondents, v. ULLMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Solomon Morrison and another against Julius Ullman and others. No opinion. Judgment and order affirmed, with costs.

---

NAHE v. BAUER et al. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Bertha E. Nahe, individually and as administratrix, etc., of Louise E. Nahe, deceased, against Henry J. Bauer and others. Actions 1 and 2. No opinion. Motion for reargument denied. For former opinion, see 125 N. Y. Supp. 592, 594. See, also, infra.

---

NAHE v. BAUER et al. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Bertha E. Nahe, individually and as administratrix, etc., of Louise E. Nahe, deceased, against Henry J. Bauer and others. Actions 1 and 2. No opinion. Motion to resettle orders granted, without costs. See, also, supra.

---

NATIONAL LEAGUE OF COMMISSION MERCHANTS OF UNITED STATES, Appellant, v. HORNUNG, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1910.) Action by the National League of Commission Merchants of the United States against George Hornung. PER CURIAM. Order modified, by inserting therein, after the words "in aid of said examination," the following: "Not for the inspection of the adverse party, but only for the use of the witnesses upon the examination, in case they shall need their assistance to refresh their memory." And, as so modified, the order is affirmed, without costs of this appeal to either party.

---

NELSON et al., Appellants, v. TERWILLIGER, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Pher Nelson and another against Frank G. Terwilliger. No opinion. Motion to dismiss appeal denied, with costs. See, also, 133 App. Div. 980, 119 N. Y. Supp. 1136.

---

NEVIN, Respondent v. LEMBERG et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Harris Nevin against Leon Lemberg and others. PER CURIAM. Judgment affirmed, with costs. THOMAS, J., dissents, upon the ground that there is uncontradicted evidence that the plaintiff did not fully perform the contract, and that no deduction has been made for failure to perform certain parts of the work.

---

NEWBERGER, Respondent, v. NORTH RIVER INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Action by Adolph Newberger against the North River Insurance Company. A. S. Hutchins, for appellant. H. A. Bloomberg, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

In re NEW YORK CITY INTERBOROUGH RY. CO. (Supreme Court, Appellate Division, First Department. November 25, 1910.) In the matter of the New York City Interborough Railway Company. No opinion. Motion denied. Settle order on notice. See, also, 137 App. Div. 943, 122 N. Y. Supp. 1138, and 126 N. Y. Supp. 1140.